**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

_____

No. 96-30786

_____

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

                                        Plaintiff-Appellee,

VERSUS

PAT O'BRIEN'S BAR, INCORPORATED,

                                        Defendant-Appellant.

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
(91-CV-2544-M)

_____

November 21, 1997

Before MAGILL,[*] SMITH, and DeMOSS, Circuit Judges.

PER CURIAM:[**]


    We have examined the briefs and pertinent portions of the record and have heard the arguments of counsel.  Even assuming that the issue of attorneys' fees and sanctions was properly raised in the district court, we find no error.  The judgment, accordingly,

_____

    [*] Circuit Judge of the United States Court of Appeals for the Eighth Circuit, sitting by designation.

    [**] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

is AFFIRMED.